2

DAVIS *v.* NEELY ET UX.

No. 68. Decided October 12, 1964.

*John W. Willis* for appellant.

*Thomas D. Finney, Jr.,* and *Grant W. Wiprud* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

CITY OF PLANTATION *v.* UTILITIES OPERATING CO., INC.

No. 72. Decided October 12, 1964.

*Carl A. Hiaasen* for appellant.

*William E. Miller* and *Robert J. Corber* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.